**Deny and Opinion Filed February 25, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-00143-CV

**IN RE REBECCA O'SULLIVAN, Relator**

**Original Proceeding from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-09410**

**MEMORANDUM OPINION**
Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Garcia

Before the Court is relator's February 22, 2022 petition for writ of mandamus.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that she lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition and record, we conclude relator has failed to demonstrate an entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

220143F.P05